# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: SEMINOLE WALLS & CEILINGS CORP,**
**Debtor,**

**DARTLIN J. AFRICH; AFRICH MAINTENANCE, INC.;**
**and AFRICH MANAGEMENT & INVESTMENT, INC.,**

        **Appellants,**

-vs-                                      Case No.  6:11-cv-753-Orl-31

**CARLA MUSSELMAN,**

        **Appellee.**
_____/

## ORDER

Pursuant to Local Rule 1.03(d), this matter is hereby **TRANSFERRED** to the Honorable John Antoon II, with his permission, for consideration with Case No. 6:11-cv-752-Orl-JA.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 6, 2011.

                                                        GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party